# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR24

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JOSIAH CHARLES McMANUS ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing.

In compliance with the Fourth Circuit's mandate,

**IT IS, THEREFORE, ORDERED** that the Defendant's sentence as to Count One is hereby reduced from a term of 15 months imprisonment to a term of 10 months imprisonment, with all other terms and conditions of the Judgment of Conviction to remain in full force and effect. The Clerk of Court shall prepare an amended Judgment in accordance with the terms herein.

**IT IS FURTHER ORDERED** that, because the Defendant has now served more than the 10-month term of imprisonment, the Defendant shall

be released immediately from the custody of the Attorney General upon entry of the Amended Judgment.

The Clerk is directed to transmit this Order electronically to the Fourth Circuit Court of Appeals, the United States Attorney, defense counsel, the United States Marshal, the United States Probation Office, and to the Warden of the federal correctional facility where the Defendant is currently imprisoned; a copy of this Order shall be mailed to the Defendant.

Signed: June 6, 2007

Lacy H. Thornburg
United States District Judge