IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CR24

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSIAH CHARLES MCMANUS, | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| BANK OF AMERICA, | ) |
| Garnishee. | ) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 87) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 85) against Defendant Josiah Charles McManus is **DISMISSED.**

Signed: March 30, 2022

W. Carleton Metcalf
United States Magistrate Judge